**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEVEN V. WILLIAMS,** : | |
|     Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | **No. 09-4986** |
| : | |
| **STERLING CREDIT CORPORATION,** : | |
|     Defendant. : | |

**ORDER**

**AND NOW,** this 17th day of September, 2010, a review of the docket discloses that service of the Complaint in the above-captioned matter has not been made. It is therefore ORDERED that the matter is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 4(j) of the Federal Rules of Civil Procedure.

If, within ten (10) days, good cause can be shown why service was not made within one hundred and twenty (120) days of the date of the filing of the Complaint, the dismissal will be vacated.

It is so **ORDERED.**

                                                  BY THE COURT:

                                                  /S/ Cynthia M. Rufe

                                                  **CYNTHIA M. RUFE, J.**